| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-00070-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Bruce Stephen Metzler<br>8317 Division Avenue<br>Birmingham, AL 35206 | Southern District of Alabama | |
| | NAME OF SENTENCING JUDGE<br>Callie V. S. Granade | |
| | DATES OF PROBATION:    FROM 09/13/04 | TO 09/12/09 |

OFFENSE
Felon in Possession of Firearms
18 U.S.C. Section 922(g)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_10/15/04_
Date

_Callie V.S. Granade_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of Alabama**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

_November 8, 2004_
Effective Date

_Lynwood Smith_
United States District Judge